44,750-04

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

Clerk Of Records:
Mr. Abel Acosta
Court of Criminal Appeals
Supreme Court Building
P.O. Box 12308
Austin, Texas 78711-2308

Re:NO.37,023 & W-37,879-E Donald Smith vs. The State Of Texas

Find for filing one original and one copy of my motion for the trial court opinion and the court of criminal appeals opinion and for for setting.

By this letter, I have cause a copy to be served on all parties as indicated in the certificate of service.
CC

Respectfully Submitted

/s/ Donald Smith

Donald Smith #806482
Ellis Unit 1697 FM 980
Huntsville, Texas 77343

Certificate of Service

I, Donald Smith certify that a true and correct copy of these motions was filed with the clerk and placed in the U.S. Mail box on the ellis unit postage pre-paid addressed to: THe Honorable Douglas Woodburn In the 108th Judicial District Court of Potter County, Texas 501 Fillmore St. Amarillo, Texas 79101-2449; Court of Criminal appeals, P.O. Box 12308 Capital Station, Austin, Texas 78711; The Honorable Sharon, Keller Judge, 201 W. 14th Street, Austin, Texas 78711-2308 Executed on the 20 , 2015.

/s/ Donald Smith

Declaration

I, Donald Smith being presently incarcerated, declare under the penalty of perjury that I have read the letter for filing two motions and the foregoing motions and attached appendix A, are true and correct.
Executed on the 20 day of January, 2015

/s/ Donald Smith

MOTION DENIED
DATE: 2-11-15
BY: PC

# IN THE COURT OF CRIMINAL APPEALS

NO.37,023 & W-37,879-E

| | |
|---|---|
| Ex Parte Donald Smith | * IN THE DISTRICT COURT |
| Applicant, | * 108th JUDICIAL DISTRICT |
| Vs. | * POTTER COUNTY, TEXAS |
| The Honorable Judge Douglas Woodburn | * |
| The Honorable Judge Sharon Keller | * |
| Respondents | * |

### MOTION FOR THE TRIAL COURT'S OPINION AND
### THE COURT OF CRIMINAL OPINION AND MOTION FOR SETTING

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Donald Smith and files this his motion for the trial court opinion pursuant to Rule 10 of Rules of Appellate Procedure. For Cause Applicant will show the following:

I.

Applicant filed his fourth writ of habeas corpus on 9-8-14. The State responded filed mark 9-17, 2014. On 11-12-14 ˈthe court of criminal appeals received the writ. See Appendix 1. The trial court never made findings of fact or conclusions of law. The Court of criminal Appeals denied all motions and denied the writ under Texas Code of Criminal Procedure 11.07 sec. 4a,c. See Appendix 1.

II.

Relief

Applicant is proceeding to the supreme court with his writ and need the opinion of the trial court and the court of criminal appeals as required by Rule 14.1 (i) Supreme Court Rules. Applicant request the court's to send him the opinions.

WHEREFORE PREMISES CONSIDERED, Applicant forever prays for relief.

Respectfully Submitted,

_Donald Smith_

Donald Smith #806482
Ellis Unit 1697 FM 980
Huntsville, Texas 77343

### Certificate of Service

I, Donald Smith certify that a true and correct copy of these motions was placed in the U.S. Mail box on the ellis unit postage pre-paid addressed to: The Honorable Douglas Woodburn In the 108th Judicial District Court of Potter County, Texas 501 Fillmore St. Amarillo, Texas 79101-2449; Court of Criminal appeals, P.O. Box 12308 Capital Station, Austin, Texas 78711; The Honorable Sharon, Keller Judge, 201 W. 14th Street, Austin, Texas 78711-2308

Executed on the 20, 2015.

/s/ _Donald Smith_

### Declaration

I, Donald Smith being presently incarcerated, declare under the penalty of perjury that I have read the foregoing motions and appendix A, are true and correct.

Executed on the 20 day of January, 2015.

/s/ _Donald Smith_

IN THE COURT OF CRIMINAL APPEALS

NO.37,023 & W-37,879-E

| | |
|---|---|
| Ex Parte Donald Smith | * IN THE DISTRICT COURT |
| Applicant, | * 108th JUDICIAL DISTRICT |
| Vs. | * POTTER COUNTY, TEXAS |
| The Honorable Judge Douglas Woodburn | * |
| The Honorable Judge Sharon Keller | * |
| Respondents | * |

MOTION FOR THE TRIAL COURT'S OPINION AND
THE COURT OF CRIMINAL OPINION AND MOTION FOR SETTING

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Donald Smith and files this his motion for the trial court opinion pursuant to Rule 10 of Rules of Appellate Procedure. For Cause Applicant will show the following:

I.

Applicant filed his fourth writ of habeas corpus on 9-8-14. The State responded filed mark 9-17, 2014. On 11-12-1410 the court of criminal appeals received the writ. See Appendix 1. The trial court never made findings of fact or conclusions of law. The Court of criminal Appeals denied all motions and denied the writ under Texas Code of Criminal Procedure 11.07 sec. 4a,c. See Appendix 1.

II.

Relief

Applicant is proceeding to the supreme court with his writ and need the opinion of the trial court and the court of criminal appeals as required by Rule 14.1 (i) Supreme Court Rules. Applicant request the court's to send him the opinions.

WHEREFORE PREMISES CONSIDERED, Applicant forever prays for relief.

Respectfully Submitted,

Donald Smith #806482
Ellis Unit 1697 FM 980
Huntsville, Texas 77343

Certificate of Service

I, Donald Smith certify that a true and correct copy of these motions was placed in the U.S. Mail box on the ellis unit postage pre-paid addressed to: The Honorable Douglas Woodburn In the 108th Judicial District Court of Potter County, Texas 501 Fillmore St. Amarillo, Texas 79101-2449; Court of Criminal appeals, P.O. Box 12308 Capital Station, Austin, Texas 78711; The Honorable Sharon, Keller Judge, 201 W. 14th Street, Austin, Texas 78711-2308

Executed on the 20, 2015.

/s/ Donald Smith

Declaration

I, Donald Smith being presently incarcerated, declare under the penalty of perjury that I have read the foregoing motions and appendix A, are true and correct.

Executed on the 20 day of January, 2015.

/s/ Donald Smith

Appendix 1

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

10/24/2014
SMITH, DONALD          Tr. Ct. No. 37878-04-E          WR-44,750-04
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

DONALD SMITH
ELLIS I UNIT - TDC# 806482
1697 FM 980
HUNTSVILLE, TX 77343          J22-20

C

JAWBS3B 77343

---

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

11/12/2014
SMITH, DONALD          Tr. Ct. No. 37878-04-E          WR-44,750-04
The Court has dismissed without written order this subsequent application for a writ
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

DONALD SMITH
ELLIS I UNIT - TDC# 806482
1697 FM 980
HUNTSVILLE, TX 77343

J22-20

JAVRS3B 77343

IN THE COURT OF CRIMINAL APPEALS

NO. 37,029 & W-37,879-E

Ex Parte Donald Smith
Applicant,
Vs.
The Honorable Judge Douglas Woodburn
The Honorable Judge Sharon Keller
Respondents

* IN THE DISTRICT COURT
* 108th JUDICIAL DISTRICT
* POTTER COUNTY, TEXAS
*
*
*

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

MOTION FOR THE TRIAL COURT'S OPINION AND
THE COURT OF CRIMINAL OPINION AND MOTION FOR SETTING

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now Donald Smith and files this his motion for the trial court opinion pursuant to Rule 10 of Rules of Appellate Procedure. For Cause Applicant will show the following:

I.

Applicant filed his fourth writ of habeas corpus on 9-8-14. The State responded filed mark 9-17, 2014. On 11-12-14, the court of criminal appeals received the writ. See Appendix 1. The trial court never made findings of fact or conclusions of law. The Court of criminal Appeals denied all motions and denied the writ under Texas Code of Criminal Procedure 11.07 sec. 4a,c. See Appendix 1.

II.

Relief

Applicant is proceeding to the supreme court with his writ and need the opinion of the trial court and the court of criminal appeals as required by Rule 14.1 (1) Supreme Court Rules. Applicant request the court's to send him the opinions.

WHEREFORE PREMISES CONSIDERED, Applicant forever prays for relief.

Respectfully Submitted,

Donald Smith #806482
Ellis Unit 1697 FM 980
Huntsville, Texas 77343

Certificate of Service

I, Donald Smith certify that a true and correct copy of these motions was placed in the U.S. Mail box on the ellis unit postage pre-paid addressed to: The Honorable Douglas Woodburn In the 108th Judicial District Court of Potter County, Texas 501 Fillmore St. Amarillo, Texas 79101-2449; Court of Criminal appeals, P.O. Box 12308 Capital Station, Austin, Texas 79711; The Honorable Sharon, Keller Judge, 201 W. 14th Street, Austin, Texas 78711-2308

Executed on the 26, 2015.

/s/

Declaration

I, Donald Smith being presently incarcerated, declare under the penalty of perjury that I have read the foregoing motions and appendix A, are true and correct.

Executed on the 26 day of January, 2015.

/s/

## Appendix 1

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

$ 00.26⁵

02 1R
0002093152   OCT 31 2014
MAILED FROM ZIP CODE 78701

10/24/2014
SMITH, DONALD                Tr. Ct. No. 37878-04-E              WR-44,750-04
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

DONALD SMITH
ELLIS I UNIT - TDC# 806482
1697 FM 980
HUNTSVILLE, TX  77343

J22-20

C.

JAWBS3B  77343

---

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR PRIVATE USE

$ 00.26⁵

02 1R
0000557458   NOV 14 2014
MAILED FROM ZIP CODE 78701

11/12/2014
SMITH, DONALD                Tr. Ct. No. 37878-04-E              WR-44,750-04
The Court has dismissed without written order this subsequent application for a writ
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

DONALD SMITH
ELLIS 1 UNIT - TDC# 806482
1697 FM 980
HUNTSVILLE, TX  77343

J22-20

JAVRS3B  77343